**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **DOUG WERNER and WILLIAM WIESNESKI,** **both individually and on behalf of all other** **similarly situated persons,** **Plaintiffs,** **v.** **WATERSTONE MORTGAGE CORPORATION,** **Defendant.** | **Case No: 3:17-cv-00608-jdp** |

## <u>JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS</u>

Plaintiffs Doug Werner and William Wiesneski ("Plaintiffs") and Defendant Waterstone Mortgage Corporation ("Waterstone") (collectively the "Parties") have reached a settlement to resolve this case, including Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") (the "Settlement"). As a result, the Parties bring the instant Joint Motion For Approval of the Settlement. The Parties respectfully move for the following:

1.      An Order approving the Settlement Agreement and Release, attached as <u>Exhibit 1</u> hereto to this Motion as fair, reasonable, and adequate;

2.      An Order directing Waterstone to make payments pursuant to the terms Settlement Agreement and Release; and

3.      Pursuant to the Parties' stipulation, an Order dismissing Plaintiffs' claims with prejudice as a result of the settlement.

Respectfully Submitted,

Date: April 19, 2019

By: *s/ Artemio Guerra*
Matt Dunn (Pro Hac Vice)
Artemio Guerra (Pro Hac Vice)
GETMAN, SWEENEY & DUNN PLLC
260 Fair St.
Kingston, NY 12401
phone: (845)255-9370 / fax: (845) 255-8649
email: mdunn@getmansweeney.com
email: aguerra@getmansweeney.com
**ATTORNEYS FOR PLAINTIFFS**

Date: April 19, 2019

By: *s/ Spencer C. Skeen*
Spencer S. Skeen (Pro Hac Vice)
Tim L. Johnson (Pro Hac Vice)
Jesse C. Ferrantella (Pro Hac Vice)
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101
spencer.skeen@ogletree.com
tim.johnson@ogletree.com
jesse.ferrantella@ogletree.com
**ATTORNEYS FOR DEFENDANT**

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to Matt Dunn, counsel for Plaintiffs, and that I have obtained Mr. Dunn's authorization to affix his electronic signature to this document.

Dated:  April 19, 2019          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

By:    */s/ Spencer C. Skeen* _____
Spencer C. Skeen
Attorney for Defendant