UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOUG WERNER and WILLIAM WIESNESKI, both individually and on behalf of all other similarly situated persons,
Plaintiffs,

v.

WATERSTONE MORTGAGE CORPORATION,
Defendant.

Case No: 3:17-cv-00608-jdp

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS

Plaintiffs Doug Werner and William Wiesneski ("Plaintiffs") and Defendant Waterstone Mortgage Corporation ("Waterstone") (collectively the "Parties") have reached a settlement to resolve this case, including Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") (the "Settlement"). The Parties filed a Joint Motion For Approval of the Settlement ("Joint Motion").

Having reviewed the Settlement, the Joint Motion, and the supporting declaration of Matt Dunn filed therewith, the Court HEREBY ORDERS:

1. The Settlement is approved as fair, reasonable, and adequate;

2. Waterstone is directed to make payments pursuant to the terms of the Settlement; and

3. Pursuant to the Parties' stipulation, Plaintiffs' claims are dismissed with prejudice. The clerk of court is directed to close this case.

Entered APRIL 23, 2019.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge